UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TS PRODUCTION, LLC,
a Hungarian limited liability company,

       Plaintiff,

v.                                       Case No.  8:07-cv-686-T-24-EAJ

LEADRACER.COM, INC., a Florida corporation,
BRANDCHISE MEDIA, LLC, a Florida limited
liability company, BETHANY SINGH, an
individual, and KEITH LYNCH, an individual,

       Defendants/Third
       Party Plaintiffs,

v

JAH-BEACH LLC, JOAN HOYMAN,
and JENNIFER LEE

       Third Party Defendants.
_____/

## **ORDER**

       This cause comes before the Court on the Stipulation for Order of Dismissal of Plaintiff's Case, filed by Plaintiff TS Production, LLC ("Plaintiff") and Defendants Leadracer.com, Inc., Brandchise Media, LLC, Bethany Singh, and Keith Lynch (jointly, "Defendants") (Doc. No. 34). The Court construes this document as a motion to dismiss.

       In the stipulation, Plaintiff and Defendants state that they have entered into a written settlement disposing of Plaintiff's claims against Defendants, and request that Plaintiff's claims against Defendants be dismissed with prejudice, subject to the parties' right to reopen and vacate the dismissal in the event of a breach of the parties' settlement agreement.  Plaintiff and

Defendants also request that this Court retain jurisdiction of this matter for the purpose of resolving any controversy or claim arising out of or related to the settlement agreement, and that the dismissal of Plaintiff's claims against Defendants not affect Defendants' cross claims in this action against the third party defendants.

Having considered the motion, and being otherwise fully advised, the Court orders the following:

(1) All causes of action asserted by Plaintiff are hereby dismissed with prejudice, subject to the parties' right to reopen and vacate the dismissal in the event of a breach of the parties' settlement agreement;

(2) The Court declines to retain jurisdiction of this matter for the purpose of resolving any controversy or claim arising out of or related to the settlement agreement;

(3) This dismissal shall not affect Defendants' cross claims in this action against the third party defendants; and

(4) Plaintiff and Defendants shall bear their own fees and costs incurred in this action.

**DONE AND ORDERED** at Tampa, Florida, this 7th day of November, 2007.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record