UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TS PRODUCTION, LLC,
a Hungarian limited liability company,

      Plaintiff,

v.                                        Case No.  8:07-cv-686-T-24-EAJ

LEADRACER.COM, INC.,
a Florida corporation,
BRANDCHISE MEDIA LLC,
a Florida limited liability company,
BETHANY SINGH, an individual,
and KEITH LYNCH, an individual,

      Defendants/Third Party Plaintiffs,

v.

JAH-BEACH LLC, JOAN HOYMAN,
and JENNIFER LEE

      Third Party Defendants.
_____/

## **O R D E R**

This cause comes before the Court on Defendant/Third Party Plaintiffs' Motion to Strike Answer of Third Party Defendant Joan Hoyman.  (Doc. No. 45.)

On January 3, 2008, the Clerk entered a default against Third Party Defendant Joan Hoyman, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend within ten days as required by Rule 12(a)(4).  (Doc. No. 41.)  On January 7, 2008, Hoyman filed an answer to Defendant/Third Party Plaintiffs' complaint, wherein she asked the Court to set aside the default.  (Doc. No. 43.)  On January 29, 2008, this Court entered an Order denying such request.  (Doc. No. 46.)  Accordingly, the Court finds that Defendant/Third

Party Plaintiffs' Motion to Strike Answer of Third Party Defendant Joan Hoyman (Doc. No. 45)

is **GRANTED**, and Third Party Defendant Joan Hoyman's answer (Doc. No. 43) is

**STRICKEN**.

      **DONE AND ORDERED** at Tampa, Florida, this 29th day of January, 2008.

                                        SUSAN C. BUCKLEW
                                        United States District Judge

Copies to:
Counsel of Record
Pro Se Third Party Defendants