UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TS PRODUCTION, LLC,
a Hungarian limited liability company,

      Plaintiff,

v.                                    Case No. 8:07-cv-686-T-24-EAJ

LEADRACER.COM, INC.,
a Florida corporation,
BRANDCHISE MEDIA LLC,
a Florida limited liability company,
BETHANY SINGH, an individual,
and KEITH LYNCH, an individual,

      Defendants/Third Party Plaintiffs,

v.

JAH-BEACH LLC, JOAN HOYMAN,
and JENNIFER LEE

      Third Party Defendants.
_____/

**O R D E R**

This cause comes before the Court on its own. On February 1, 2008, the Court received a document from Third Party Defendants Joan Hoyman, Jennifer Lee, and JAH-Beach, LLC. (Doc. No. 49.) This document appears to be a reply to Third Party Plaintiff's response to Third Party Defendants' answer to the complaint, which made various requests and was docketed as a Motion to Set Aside Default. (Doc. No. 42.) This Court already ruled on the requests made by Third Party Defendants in their answer/motion to set aside default. (Doc. No. 46.) Additionally, under Local Rule 3.01(c), "[n]o party shall file any reply or further memorandum directed to the motion or response . . . unless the Court grants leave." Third Party Defendants were never

granted leave to file a reply.  Accordingly, Third Party Defendants' reply (Doc. No. 49) is hereby **STRICKEN**.

The Court also notes that its does not accept correspondence from the parties.  All communications with the Court should be in the form of pleadings, motions, or other documents *filed* with the Court.

**DONE AND ORDERED** at Tampa, Florida, this 21st day of February, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Pro Se Third Party Defendants