UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TS PRODUCTION, LLC,
a Hungarian limited liability company,

       Plaintiff,

v.                                                                                                  Case No.  8:07-cv-686-T-24-EAJ

LEADRACER.COM, INC., a Florida corporation,
BRANDCHISE MEDIA, LLC, a Florida limited
liability company, BETHANY SINGH, an
individual, and KEITH LYNCH, an individual,

       Defendants/Third
       Party Plaintiffs,

v

JAH-BEACH LLC, JOAN HOYMAN,
and JENNIFER LEE

       Third Party Defendants.

_____/

## ORDER

This cause comes before the Court on Third Party Plaintiffs' Response to this Court's Order to Show Cause (Doc. No. 53).  On April 1, 2008, this Court entered an Order to Show Cause directing Plaintiffs to show cause as to why this case should not be dismissed against Third Party Defendants for lack of prosecution pursuant to Local Rule 3.10, due to the failure to promptly move for default judgment pursuant to Local Rule 1.07.  (Doc. No. 52).  On April 8, 2008, Third Party Plaintiffs filed the instant response, requesting additional time through April 18, 2008, to either complete a settlement or to file a motion for default judgment.  The Court construes this statement as a motion for extension of time.  Upon consideration, the motion is

granted. Third Party Plaintiffs shall have until April 18, 2008 to file a motion for default judgment. Failure to file a motion for default judgment within this time frame shall result in this action being dismissed against Third Party Defendants without further notice.

**DONE AND ORDERED** at Tampa, Florida, this 9th day of April, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Pro Se Third Party Defendants