UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TS PRODUCTION, LLC,
a Hungarian limited liability company,

    Plaintiff,

v.    Case No.  8:07-cv-686-T-24-EAJ

LEADRACER.COM, INC.,
a Florida corporation,
BRANDCHISE MEDIA LLC,
a Florida limited liability company,
BETHANY SINGH, an individual,
and KEITH LYNCH, an individual,

    Defendants/Third Party Plaintiffs,

v.

JAH-BEACH LLC, JOAN HOYMAN,
and JENNIFER LEE

    Third Party Defendants.
_____/

**O R D E R**

This cause comes before the Court on Third Party Defendants' Motion for Extension of Time to Respond to Clerk's Entry of Default and Third Party Plaintiffs' Motion for Entry of Judgment.  (Doc. No. 56.)  Third Party Defendants request a ten (10) day extension.

The Court notes that it has already considered various motions by the Third Party Defendants requesting that this Court set aside the Clerk's entry of default, and that such motions have been denied.  (Doc. Nos. 39 and 46.)   Because the Court has already considered the matter, Third Party Defendants are not permitted to re-file motions to set aside the Clerk's entries of default.  Additionally, the Court reminds Third Party Defendants that while they are proceeding

*pro se* in this matter, they are still subject to the same law and rules of court as a litigant who is represented by counsel, including the Federal Rules of Civil Procedure, the Local Rules of the Middle District of Florida, and the Federal Rules of Evidence. Accordingly, any evidence that they wish the Court to consider must comply with the applicable Federal Rules of Evidence.

Having considered the motion, and being otherwise fully advised, the motion is **GRANTED**. Third Party Defendants shall have until May 19, 2008 to file a response to Third Party Plaintiffs' motion for entry of default judgment. No further extensions shall be granted, and failure to respond by the date provided herein shall result in default judgment being entered against Third Party Defendants without further notice.

**DONE AND ORDERED** at Tampa, Florida, this 6th day of May, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Pro Se Third Party Defendants