UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TS PRODUCTION, LLC,
a Hungarian limited liability company,

      Plaintiff,

v.                                              Case No.  8:07-cv-686-T-24-EAJ

LEADRACER.COM, INC.,
a Florida corporation,
BRANDCHISE MEDIA LLC,
a Florida limited liability company,
BETHANY SINGH, an individual,
and KEITH LYNCH, an individual,

      Defendants/Third Party Plaintiffs,

v.

JAH-BEACH LLC, JOAN HOYMAN,
and JENNIFER LEE

      Third Party Defendants.
_____/

## O R D E R

      This cause comes before the Court on Third Party Defendant Joan Hoyman's Motion for

Leave to File Electronically.  (Doc. No. 58.)  Third Party Defendant Joan Hoyman is proceeding

*pro se*.

      Upon consideration of the motion and being otherwise fully advised, Third Party

Defendant Joan Hoyman's Motion for Leave to File Electronically is **DENIED**.

      **DONE AND ORDERED** at Tampa, Florida, this 6th day of May, 2008.

Susan C. Bucklew

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Pro Se Third Party Defendants